**Order filed February 9, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-01011-CV
_____

## IN THE INTEREST OF B.H., B.H., B.H., B.D.M.H., CHILDREN

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-06150J**

## ORDER

On January 26, 2017, a hearing transcript was filed in this court indicating the trial court granted a new trial. Accordingly, the Harris County District Clerk is ordered to file a supplemental clerk's record containing:

1. the order granting the new trial; and

2. all other documents regarding the new trial.

The supplemental record shall be filed in this court by **February 21, 2017**.

If any requested item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the item is not a part of the case file.

PER CURIAM